WELDOTRON CORP. v. THE BOYE NEEDLE COMPANY.

July 21, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS JOSEPH WILSON.

July 21, 1980.

Petition for certification denied.

MARGARET H. MASTERS v. PHILLIP S. MASTERS.

July 21, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES HUDLEY.

July 21, 1980.

Petition for certification denied.